450 A.2d 1071

Tudico v. Hobart Corp.

Appeal of Miquon Company.

Petition for Allowance of Appeal
Denied Feb. 17, 1983.

Argued May 11, 1982. John O'Rourke, for appellant; James P. McEvilly, Jr., for appellees.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Order affirmed.